IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:17-cv-470 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEILL P. GUY, II, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT**

It appearing that the complaint was filed in this case on November 7, 2017, that service of the summonses and complaint were effected on the Guy Family Trust and TCJ Investments, Inc. and no answer or other pleading has been filed by said defendants as required by law:

Therefore, upon request of the plaintiff, default is hereby entered against defendants, Guy Family Trust and TCJ Investments, Inc. as provided in Rule 55(a), of the Federal Rules of Civil Procedure.

Dated this 20th day of March, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge