IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:17-cv-470 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEILL P. GUY, II, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon the motion to compel filed by the United States on December 10, 2018, to which no response was filed, as well as the entire record in this case, and for good cause shown, the Court hereby

ORDERS that Neill P. Guy file responses to the United States' First Set of Interrogatories and First Set of Requests for Production no later than fourteen days from the date of the entry of this Order, with such responses to be served on counsel for the United States by email as well as by first-class mail; and further

ORDERS that all discovery shall be commenced or served in time to be completed by June 1, 2019; and further

ORDERS that supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule, with such supplemental disclosures served no later than April 22, 2019; and further

ORDERS that all potentially dispositive motions shall be filed by plaintiff and defendant Cumberland County, North Carolina by July 3, 2019. Defendants may oppose and (to the extent desired) cross-move against the United States or Cumberland County by July 17, 2019. Plaintiff and Cumberland County may then reply (and, to the extent necessary) oppose the cross-motion(s) by August 1, 2019. If one of the defendants files a cross-motion, then they must file their reply brief by August 15, 2019; and further

ORDERS that the defendant, Neill P. Guy, is hereby warned that his failure to comply with proper discovery requests and the instant order in the case may subject him to severe consequences, including the possibility of a judgment being entered against him as sanctions for failing to comply with those responsibilities.

SO ORDERED.

Date: January 9, 2019

The Honorable Louise W. Flanagan
United States District Judge