IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICTOF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:17-cv-470 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEILL P. GUY, II, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND JUDGMENT**

Upon consideration of the United States' motion for default judgment, and any response thereto, and the entire record in this case, and for good cause shown, the Court hereby

ORDERS that the United States' motion is GRANTED; and further

ORDERS that a JUDGMENT in favor of the United States and against the Guy Family Trust and TCJ Investments, Inc. is hereby entered as to Count III of the complaint; and further

ORDERS, ADJUDGES, AND DECREES that the Guy Family Trust and TCJ Investments, Inc. hold the Real Properties at issue in this case as nominees of Neill P. Guy, II; and further

ORDERS, ADJUDGES, AND DECREES that the Guy Family Trust and TCJ Investments, Inc. are the alter egos of Neill P. Guy, II; and further

ORDERS, ADJUDGES, AND DECREES that the United States may collect the federal tax liabilities of Neill P. Guy, II from the assets held by the Guy Family Trust and TCJ Investments, Inc.

SO ORDERED.

Date: April 9, 2019

The Honorable Louise W. Flanagan
United States District Judge