IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case no. 5:17-cv-470-FL |
| ) | |
| v. ) | |
| ) | |
| NEILL P. GUY, II, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER CONFIRMING SALE OF REAL PROPERTY AND
DIRECTING DISTRIBUTION OF PROCEEDS**

Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of Proceeds, the Court having previously ordered the sale of the property, and good cause having been found, this Court grants the United States of America's request for an order confirming the sale of the real property of Neill P. Guy, II and approving of the distribution of the proceeds of the sale.

Therefore, pursuant to 28 U.S.C. § 2001(b), the Court orders that:

1. The sale of the real properties located at 2690 Lake Upchurch Drive and adjacent lot 0 Lake Upchurch Drive, Fayetteville, North Carolina (collectively "the Real Property"), as described in paragraph 12 and Exhibit B of the amended complaint (Dkt. 4, 4-2), for the total amount of $40,000 is confirmed.

2. The United States shall convey by deed the Real Property to MDN Rentals, LLC.

1

3. The Clerk of Court shall distribute the $40,000 in funds deposited into its registry in this action as follows:

  a. First, to the Internal Revenue Service, c/o Sloane Wilkinson, 3340 Jaeckle Dr #101, Wilmington, NC 28403, in payment of the administrative expenses of the sale, in the amount of $1,169.10;

  b. Second, to the Cumberland County Tax Administrator, Attention Rebecca Lemings, PO Box 449, Fayetteville, North Carolina, 28302-0449, in the amount of $548.01 for tax years 2017, 2018, and 2019 on Parcel # 9493-48-4367 as of September 30, 2020;

  c. Third, to the Cumberland County Tax Administrator, Attention Rebecca Lemings, PO Box 449, Fayetteville, North Carolina, 28302-0449, in the amount of $897.35 for tax years 2017, 2018, and 2019 on Parcel # 9493-48-3373 as of September 30, 2020; and

  d. Last, to the United States Department of Justice, Tax FLU, Office of Review, PO Box 310, Ben Franklin Station, Washington, DC 20044-0310, to be applied against the federal tax liabilities of Guy.

**SO ORDERED, ADJUDGED, AND DECREED**.

Date: 8/3/20

The Honorable Louise W. Flanagan
United States Chief District Judge